H. MUELLER MFG. CO. v. GLAUBER. (Circuit Court of Appeals, Seventh Circuit. May 27, 1910.) No. 1,699. On Petition for Leave to File a Bill of Review. See, also, 169 Fed. 110. A. H. Adams, Chas. E. Pickard, and John L. Jackson, for appellant. W. Clyde Jones and Chas. C. Linthicum, for respondent.

PER CURIAM. Petition for leave to file a bill of review denied.

---

KARGES et al. v. UNION PAC. R. CO. (Circuit Court of Appeals, Eighth Circuit. May 16, 1910.) No. 3,326. Appeal from the Circuit Court of the United States for the District of Nebraska. See, also, 169 Fed. 459. A. M. Post, for appellants. Edson Rich, for appellee.

PER CURIAM. Dismissed, with costs, on motion of appellee, for failure to print record and file brief.

---

KAW VALLEY DRAINAGE DIST. et al. v. UNION PAC. R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1909.) No. 2,865. Appeal from the Circuit Court of the United States for the District of Kansas. Keplinger & Trickett, for appellants. I. P. Dana, H. A. Scandrett, B. W. Scandrett, R. W. Blair, M. A. Low, O. L. Miller, F. H. Wood, Paul E. Walker, and S. W. Moore, for appellees.

PER CURIAM. Dismissed, on motion of appellants, without costs to either party in this court.

---

KAW VALLEY DRAINAGE DIST. OF WYANDOTTE COUNTY, KAN., et al. v. UNION PAC. R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1909.) No. 2,785. Appeal from the Circuit Court of the United States for the District of Kansas. See, also, 163 Fed. 836, 90 C. C. A. 320. Keplinger & Trickett, for appellants. C. F. Hutchings, O. L. Miller, S. W. Moore, Fred H. Wood, I. P. Dana, M. A. Low, Paul E. Walker, N. H. Loomis, R. W. Blair, and H. A. Scandrett, for appellees.

PER CURIAM. Dismissed, on motion of appellants, without costs to either party in this court.

---

McCUE et al. v. NORTHWESTERN MUT. LIFE INS. CO. et al. (Circuit Court of Appeals, Fourth Circuit. October 29, 1909.) No. 739. In Error to the Circuit Court of the United States for the Western District of Virginia, at Lynchburg. Judgment of Circuit Court reversed, with costs, 167 Fed. 435, 93 C. C. A. 71. Daniel Harmon and G. B. Sinclair, for plaintiffs in error. William H. White and William H. White, Jr., for defendants in error.

PER CURIAM. Writ of certiorari to the Supreme Court of the United States presented, and cause certified to the Supreme Court.

---

POWHATAN COAL & COKE CO. v. NORFOLK & W. RY. CO. (Circuit Court of Appeals, Fourth Circuit. March 5, 1910.) No. 917. Appeal from the Circuit Court of the United States for the Western District of Virginia, at Lynchburg. Decree of Circuit Court affirmed, with costs, 178 Fed. 266. Chapman & Gillespie and A. B. Hayes, for appellant. Lucian H. Cocke, John H. Holt, Joseph I. Doran, and Theodore W. Reath, for appellee.

PER CURIAM. Order granting appeal to the Supreme Court of the United States filed.

---

TREDEGAR CO. v. PRITCHARD. (Circuit Court of Appeals, Fourth Circuit. July 13, 1909.) No. 914. On petition for a writ of mandamus requiring